UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LI MING YAN,

    Plaintiff,

v.                                        CASE NO. 3:17cv928-MCR-HTC

HUNAN GOURMET, INC.,
doing business as HUNAN EXPRESS,
and MIN JIANG,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 29, 2019. ECF Doc. 52. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF No. 54.

Having considered the Report and Recommendation, and the objections, the Court has determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation, ECF Doc. 52, is adopted and incorporated by reference in this Order.

2. Defendants' Motion for Attorney's Fees and Sanctions Under 28 U.S.C. § 1927 and Federal Rule of Civil Procedure 11, ECF Doc. 35, is DENIED without prejudice.

**DONE AND ORDERED** this 10th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**